■ SADE SAN A JONG, Respondent, v CARROLL B. LESESNE, M.D., et al, Appellants. [980 NYS2d 771]—

Order, Supreme Court, Bronx County (Stanley Green, J.), entered April 23, 2013, which denied defendants' motion to change venue from Bronx County to New York County, unanimously affirmed, without costs.

The motion court providently exercised its discretion in denying defendants' motion to change venue as untimely. The record shows that defendants had the facts necessary to seek a change of venue several years in advance of the time their motion was made and that they did not provide a reasonable explanation for their delay in seeking the venue change (*see e.g. Romero v St. Anthony Community Hosp.*, 96 AD3d 532 [1st Dept 2012]; *Mena v Four Wheels Co.*, 272 AD2d 223 [1st Dept 2000]). Concur— Mazzarelli, J.P., Acosta, Renwick, Freedman and Manzanet-Daniels, JJ.